*Original*

**FILED**

MAY 4 2010

Clerk, U.S. District Court
By_____ Deputy Clerk

MATTHEW PAUL MARKOVICH
_____
Name
L.C.M.H.F. #0094816
_____

1318 KS HWY 264
_____
Address
Larned KS 67550
_____

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Matthew Paul Markovich
_____, Plaintiff
*(Full Name)*

v.

Correct Care Solutions,
Tonya Taylor_____. Defendant (s)

CASE NO. 10 3097-SAC

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1)  Matthew P. Markovich_____, is a citizen of  Kansas
    *(Plaintiff)*                                *(State)*
    who presently resides at  Larned Correctional Mental Health Facility
                              *(Mailing address or place*

    _____
    *of confinement)*

2)  Defendant  Correct Care Solutions_____ is a citizen of
               *(Name of first defendant)*
    Larned Kansas_____, and is employed as
    *(City, State)*
    Health Care Contractor_____.  At the time the claim(s)
    *(Position and title, if any)*
    alleged in this complaint arose, was this defendant acting under the color of
    state law?  Yes [X]  No [ ]  If your answer is "Yes", briefly explain:
    Correct Care Solutions is contracted by K.D.O.C. for
    health care services for inmates.

3)   Defendant    Tonya Taylor (CCS Employee)        is a citizen of
                        *(Name of second defendant)*
     Larned Kansas                                   , and is employed as
                   *(city, state)*
     Mental health counselor            .   At the time the claim(s)
               *(Position and title, if any)*
     alleged in this complaint arose was this defendant acting under the color of state
     law?    Yes [x]   No [__] . If your answer is "Yes", briefly explain:
     Ms. Taylor is employed by CCS to provide mental health
     counseling to all L.C.M.H.F. inmates.

(Use the back of this page to furnish the above information for additional
defendants.)

                                                          51343(3); 42

4)   Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983.  (If
     you wish to assert jurisdiction under different or additional statutes, you may list
     them below.)

_____

_____

## B. NATURE OF THE CASE

1)   Briefly state the background of your case.  I have a condition called social-
phobia. Without proper medication I have severe anxiety and panic
attacks when interacting with others. My doctor has prescribed me
medications PAXIL and CLONOPIN. KDOC and CCS will not allow me the
clonopin because it is a narcotic. KDOC entered me into a substance
program which involves high levels of social interaction. After I
attempted to participate in this program I had severe anxiety and
panic attacks, nightmares, vomiting, high blood pressure, and
migraine headaches. I was placed on meds to lower my blood pressure
and reduce my migraines. I asked to be excused from this program due
to my mental illness and was told that I needed approval from my
mental health counselor (Tonya Taylor) and the CCS mental health
dept. After meeting with Tanya Taylor several times, the facility
psychiatrist and psychologist, it was decided by them that should
remain in the program despite me severe mental illness and lack of
previously perscribed meds. I continued to have all of the symptoms
listed above and was placed in segregation (the hole) for a mental
evaluation becuase of these issues that I was having due to the
lack of treatment from CCS and Tanya Taylor. Upon my release from
segregation I was re-entered into the program and again suffered
from the above symptoms. I was unable to participate and complete
the program due to the deliberate indifference from CCS and Tonya
Taylor and I have lost 35 days -2-of good time, my TV, radio and
incentive level.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: My Eighth Amendment right against cruel and

unusual punishment was and is being violated by refusing

to give me proper mental health care.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)
Tonya Taylor and other CCS employees have full knowledge of my mental health conditions and yet they refuse to offer me the medicine perscribed by my doctor and proper mental health care that is required to maintain my sane state of mind.

B)(1) Count II: My Fourteenth Amendment right of equal protection

under the law was and is being violated by refusing me

the same proper care and medicine that other inmates are offered.

(2) Supporting Facts:

Tonya Taylor and other CCS staff provide proper mental health care and medications to all other inmates at L.C.M.H.F. but refuse to provide me with this same care and medications that I need to maintain my mental health well-being.

-3-

C) (1) Count III: _____

_____

_____

(2) Supporting Facts:

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: Matthew P. Markovich _____

Defendants: KDOC CCS _____

b) Name of court and docket number FED. Dist. Court of Topeka

Kansas   Case # 10-cv3053 SAC _____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed by plaintiff. _____

_____

d) Issues raised    Deliberate indifference _____

-4-

e)    Approximate date of filing lawsuit___03-15-10_____

f)    Approximate date of disposition___04-24-10_____

2) I have previously sought informal or formal relief from the appropriate
administrative officials regarding the acts complained of in Part D. ☒Yes☐  No  .
If your answer is "Yes", briefly describe how relief was sought and the results. If your
answer is "No", briefly explain why administrative relief was not sought.

I have filed an emergency grievance to all levels asking
to excused to the CDRP program due to my mental illness. My
request was denied. It has been 45 days since I have sent my
grievance to the last level and I have not yet recieved a
response.
I have written a letter to the warden of L.C.M.H.F. about
this issue in an attempt to avoid litigation and she refused
to assist me in this issue without the approval from CCS.
I have written an official letter to the Secretary of
corrections offering to settle my previous suit and he has
not yet responded.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

1) Proper medications and mental health care.
2) The amount of $950,000.00 to be paid to me for
   pain and suffering.

_none_
Signature of Attorney (if any)

Signature of Petitioner

_____

_____

(Attorney's full address and telephone number)

-5-

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746.  18 U.S.C. § 1621.

Executed at <u>Larned Correctional M.H.F</u>.on <u>04-28-2010</u> , 20___ .
            *(Location)*                        *(Date)*

_____
*(Signature)*

-6-